IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRONE ORTIZ,<br><br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 22-CR-00020 |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Possession of Firearm With an Obliterated Serial Number*
*(18 U.S.C. § 922(k))*

On or about March 10, 2022, at St. Thomas, in the District of the Virgin Islands and elsewhere, the defendant,

**TYRONE ORTIZ,**

did knowingly possess firearms, to wit: a Glock 23 GEN4, and a Glock 30 GEN4, that had been shipped and transported in interstate commerce from Georgia to St. Thomas in the U.S. Virgin Islands, and from which the manufacturer's serial numbers had been removed, altered, and obliterated;

In violation of Title 18, United States Code, Section 922(k) and 924(a)(1)(B).

## COUNT TWO
*Possession by a Prohibited Person*
*(18 U.S.C. § 922g)*

On or about March 10, 2022, at St. Thomas, in the District of the Virgin Islands and elsewhere, the defendant,

**TYRONE ORTIZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a Glock 23 GEN4, serial number BGXZ603, a Glock 23 GEN4, and a Glock 30 GEN4, said firearms having been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2),

## FORFEITURE ALLEGATION
(Title 18, United States Code, Section 924(d))

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d). Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(k) and Title 18, United States Code, Section 922(l), set forth in Counts One and Two of this Information, the defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

a. One Glock 23 GEN4, with cartridges and associated magazine.

b. One Glock 23 GEN4 Serial Number BGXZ603 model 23, with associated

cartridges and magazine.

c.  One Glock 30 GEN4 with associated cartridges and magazine.

All in accordance with Title 18, United States Code, Section 924(d).

DELIA L. SMITH<br>
UNITED STATES ATTORNEY

_____<br>
JILL KOSTER<br>
Chief, Criminal Division

_____<br>
EVERARD E. POTTER<br>
Assistant United States Attorney

DISTRICT COURT OF THE VIRGIN ISLANDS:  Returned a True Bill into the District Court 13th day of **May 2022**, by Grand Jurors and filed.

_____
RUTH MILLER
United States Magistrate Judge
District of the Virgin Islands