IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 22-20 |
| TYRONE ORTIZ | ) ) ) |
| Defendant. | ) ) |

### APPLICATION AND CHECKLIST FOR SPEEDY TRIAL EXTENSION

The defendant, __TYRONE ORTIZ__, moves this Court to extend the period of time within which this matter must be tried, up to and including __August 12, 2024__.

1. The primary reason for the extension is to allow the defendant to receive rulings on his motions to dismiss and suppress, determine how he plans to proceed given the rulings and make travel reservations with at least 14 days notice.

2. The defendant **is** aware of the speedy trial requirements imposed on the Government, pursuant to 18 U.S.C. §§ 3161, et seq.

3. Additional time to explore plea options and to adequately prepare for trial **is** requested by the defendant.

4. The defendant voluntarily and knowingly **waives** his/her right to a speedy trial.

5. The defendant seeks this extension **with** the advice and consent of counsel.

Dated: 4/1/24

_____ TYRONE ORTIZ
Defendant (Sign/Print Name)

Dated: 4/1/24

*s/Kia D. Sears*       KIA D. SEARS
Counsel for the Defendant
(Sign/Print Name)