**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cr-0020 |
| ) | |
| **TYRONE ORTIZ,** ) | |
| ) | |
| **Defendant.** ) | |

**ATTORNEYS:**

**DELIA L. SMITH, UNITED STATES ATTORNEY**
**ADAM SLEEPER, APPELLATE CHIEF**
UNITED STATES ATTORNEY'S OFFICE
ST. THOMAS, U.S. VIRGIN ISLANDS
   *FOR PLAINTIFF*

**MATTHEW CAMPBELL, FEDERAL PUBLIC DEFENDER**
**KIA D. SEARS, ASSISTANT FEDERAL DEFENDER**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
ST. THOMAS, U.S. VIRGIN ISLANDS
   *FOR DEFENDANT TYRONE ORTIZ*

## ORDER

**BEFORE THE COURT** is Defendant Tyrone Ortiz's Motion to Dismiss Indictment under the Second Amendment. (ECF No. 61.) For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the Defendant's motions to dismiss, ECF No. 61, is **DENIED.**

**Dated:** April 10, 2024               */s/ Robert A. Molloy*
                                                   **ROBERT A. MOLLOY**
                                                   **Chief Judge**