## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Plaintiff ) | |
| ) | |
| v. ) | CRIMINAL NO. 2022-CR-20 |
| ) | |
| TYRONE ORTIZ, ) | |
|         Defendant ) | |
| _____) | |

### MOTION TO CONTINUE HEARING—UNOPPOSED

Tyrone Ortiz hereby moves for an order continuing the hearing currently scheduled for April 29, 2024, to sometime between May 13-15, 2024, at the Court's convenience. The basis for this motion is as follows:

1. On April 12, 2024, Mr. Ortiz filed a motion to (a) discharge undersigned counsel, and (b) appoint new CJA counsel. (*See generally* ECF No. 91).

2. On April 19, 2024, the government filed a response to that motion. (ECF No. 93).[1]

3. On April 23, 2024, the Court set a hearing on Mr. Ortiz's motion for April 29, 2024, at 10:30 AM, and noted that Mr. Ortiz must be personally present. (ECF No. 94).

4. Counsel and Mr. Ortiz have researched roundtrip flights from Atlanta to Saint Thomas that would allow Mr. Ortiz to attend the April 29th hearing and found that they are exorbitantly expensive.

5. Delta Airlines flights (the most common carrier from Atlanta to Saint Thomas) are pricing at over $1,600.00. There are virtually no flights available on Spirit Airlines with that short

---

[1] That response was later re-filed correctly as a response, as opposed to a notice (*see* ECF No. 95).

1

notice and those that do exist require multiple stops and price at approximately $800 or more without any fees.

6. Mr. Ortiz has modest means and purchasing a round-trip ticket on short notice for more than $1,600.00 presents an undue hardship.

7. For these reasons, Mr. Ortiz respectfully requests that the hearing be continued until May 13-15, 2024, at the Court's convenience.

8. With that added time, more flights are available at more reasonable prices.

9. Counsel has conferred with AUSA Potter, who confirmed that the government does not object to this motion.

WHEREFORE, Defendant, Tyrone Ortiz, requests that the instant motion be granted and the hearing set for April 29, 2024 be continued until May 13-15, 2024.

DATED: April 24, 2024

Respectfully submitted,

/s/ *Kia D. Sears, Esq.*
KIA D. SEARS, ESQ.
Assistant Federal Defender
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
Tel (340) 774-4449
Fax (340) 776-7683
E-mail: kia_sears@fd.org