**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:22-cr-00020** |
| | ) | |
| **TYRONE ORTIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on March 11, 2026, ECF No. 162, recommending that the Defendant's plea of guilty to Count Two of the Indictment, Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C § 922(g) and 924(a)(2), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 162, is **ADOPTED;** it is further

**ORDERED** that Defendant Tyrone Ortiz's plea of guilty as to Count Two of the Indictment, is **ACCEPTED**, and that Tyrone Ortiz is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than May 13, 2026;** it is further

*United States v. Ortiz*
Case No. 3:22-cr-0020
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than May 27, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than June 10, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than June 24, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **July 9, 2026, at 10:30 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.


**Dated:** April 1, 2026                              */s/ Robert A. Molloy*
                                                              **ROBERT A. MOLLOY**
                                                              **Chief Judge**